IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

SYBIL G. SMITH,
    Plaintiff,

CASE NO.:

vs.

TATE & KIRLIN ASSOCIATES,
    Defendant(s).
_____/

## COMPLAINT

COMES NOW Plaintiff, SYBIL G. SMITH ("Plaintiff"), by and through the undersigned counsel, and hereby files this Complaint against Defendant(s), TATE & KIRLIN ASSOCIATES ("Defendant") and states as follows:

### FACTS COMMON TO ALL COUNTS

1. At all times material to this action, Plaintiff is an individual who resides in the county of the instant action, State of Florida.

2. Plaintiff hereby demands its right to a jury trial on issues so triable.

3. At all times material to this action, Defendant named herein and/or their assignors regularly engage in substantial business activity in the State of Florida including in the county of the instant action, State of Florida.

4. All references to Defendant named herein shall also include Defendant named herein's predecessors.

### COUNT I- VIOLATIONS OF THE FDCPA

5. Plaintiff realleges paragraph numbers 1 through 4.

6. This is an action against Defendant for violations of the Federal Fair Debt Collection Practices Act 15 U.S.C. §1692, *et. seq.* (FDCPA) for damages in excess of $5,000.00 but less than $15,000.00, exclusive of interest, court costs and attorneys fees.

7. At all times material hereto: (a) the Plaintiff is a 'consumer' within the meaning of the FDCPA; (b) the debt sued upon is a 'debt' within the meaning of the FDCPA; and (c) Defendant is a 'debt collector' within the meaning of the FDCPA.

8. On or about March 17, 2016, Defendant engaged in consumer debt collection activities against Plaintiff in regards to delinquent amounts allegedly owed pursuant to consumer debt within the meaning of the FDCPA (the "Debt Collection Activity").

9. The Debt Collection Activity included send a collection letter. Attached hereto as Exhibit "A" are the relevant documents evidencing the Debt Collection Activity as described

herein this Count, (the "Debt Collection Conduct"). Furhermore, Defendant has is not registered to do business in the State of Florida.

10. Defendant's Debt Collection Conduct as described herein this Count is a violation of the following provisions of 15 U.S.C. §1692:

> *§1692(e) A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:*
> *(2) The false representation of—*
> *(A) the character, amount, or legal status of any debt; or*
> *(3) The false representation or implication that any individual is an attorney or that any communication is from an attorney.*
> *(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.*
> *(11) The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action.*
> *(14) The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization.*

> *§1692(g)*
> *(a) NOTICE OF DEBT; CONTENTS Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing –*
> *(2) the name of the creditor to whom the debt is owed;*
> *(3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;*
> *(4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and*
> *(5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.*

11. As a result of the Debt Collection Conduct as described herein this Count, Plaintiff has been injured.

12. Plaintiff is (a) is entitled to collect its attorney's fees and costs pursuant to 15 U.S.C. §1692(k); (b) has retained the law firm of Stamatakis + Thalji + Bonanno in this action; and (c) is obligated to pay the law firm of Stamatakis + Thalji + Bonanno a reasonable fee for its services in bringing or defending in this case, as well as all costs of collections.

L16-1100

WHEREFORE, Plaintiff respectfully requests relief in the form of: (i) actual damages, interest, court costs and attorney's fees; (ii) statutory damages in the minimum amount of $1,000.00 per violation; (iii) a trial by jury; and (iv) such further relief in law or equity that the Court deems just an appropriate under the circumstances.

## COUNT II- VIOLATIONS OF THE FCCPA

13. Plaintiff realleges paragraph numbers 1 through 4 and 8 through 9 herein.

14. This is an action against Defendant for violations of the Florida's Consumer Collections Practices Act, Florida Statutes, §559, Part VI, et. seq. (FCCPA) for damages in excess of $5,000.00 but less than $15,000.00, exclusive of interest, court costs and attorneys fees.

15. At all times material hereto: (a) the Plaintiff is a 'debtor' or 'consumer' within the meaning of the FCCPA; (b) the debt sued upon is a 'debt' or 'consumer debt' within the meaning of the FCCPA; and (c) Defendant is a 'person' within the meaning of the FCCPA.

16. Defendant's Debt Collection Conduct as described herein this Count is a violation of the following provisions of Florida Statutes, §559.72:

> *(7) Willfully communicate with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family, or willfully engage in other conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.*
>
> *(9) Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist.*
>
> *(11) Communicate with a debtor under the guise of an attorney by using the stationery of an attorney or forms or instruments that only attorneys are authorized to prepare.*

17. As a result of the Debt Collection Conduct as described herein this Count, Plaintiff has been injured.

18. Plaintiff is (a) is entitled to collect its attorney's fees and costs pursuant to the Florida Statutes, §559.77(2); (b) has retained the law firm of Stamatakis + Thalji + Bonanno in this action; and (c) is obligated to pay the law firm of Stamatakis + Thalji + Bonanno a reasonable fee for its services in bringing or defending in this case, as well as all costs of collections.

WHEREFORE, Plaintiff respectfully requests relief in the form of: (i) actual damages, interest, court costs and attorney's fees; (ii) statutory damages in the minimum amount of $1,000.00 per violation; (iii) a trial by jury; and (iv) such further relief in law or equity that the Court deems just an appropriate under the circumstances.

STAMATAKIS + THALJI + BONANNO

By: / s / Scott D. Stamatakis

L16-1100

Scott D. Stamatakis, Esquire
Florida Bar No.:178454
Sami Thalji, Esquire
Florida Bar No.:165913
Nick Fowler
Florida Bar No.:81856
P.O. Box 341499
Tampa, Florida 33694
(813) 282-9330 (telephone)
(813) 282-8648 (facsimile)
Notice of Primary Email: Service@MyInjury.com
Counsel for Plaintiff

L16-1100

2810 Southampton Road
Philadelphia, PA  19154-1207

# TATE & KIRLIN ASSOCIATES
*Toll Free (877)982-0001 • (215)253-4351*
*www.paytka.com*

9

Sybil G Smith
2510 RUSTIC OAKS DR
LUTZ, FL  33559-4003

Creditor:              JH PORTFOLIO DEBT EQUITIES LLC
Previous Creditor:     CAPITAL ONE BANK (USA) N.A.
Client Ref #:          3993779
Account #:             30505471
Total Due:             $427.71

March 17, 2016

⇒ **YOUR OPPORTUNITY** ⇐

OPTION #1:  Take a 50% discount! You can pay $213.86 in one payment to satisfy your account. (Saving you $213.86)
OPTION #2:  Take a 50% discount! You can pay $213.86 in 6 monthly payments of $35.64 to satisfy your account. (Saving you $213.86)
OPTION #3:  Take a 40% discount! You can pay $256.63 in 12 monthly payments of $21.39 to satisfy your account. (Saving you $171.08)

Please respond by 04/07/16 to take advantage of this offer. We are not obligated to renew this offer. Should you require an extension, please call our office immediately to see if this offer is eligible to be extended.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. Please retain the upper portion of this letter for your records.

### 3 convenient ways to pay

We accept check, money order, Visa/Mastercard (Debit or Credit)  •  Pay by Phone – Call (877)982-0001
Pay online at www.paytka.com using Account # 30505471

---

Please detach and return bottom portion with your payment in the envelope supplied; be sure the address below shows through the return envelope window.

March 17, 2016
Sybil G Smith - 30505471
2510 RUSTIC OAKS DR
LUTZ, FL  33559-4003

☐  Enclosed is a payment of $213.86 to satisfy my account
☐  Enclosed is my first payment of $35.64 towards the discounted balance of $213.86
☐  Enclosed is my first payment of $21.39 towards the discounted balance of $256.63

Please indicate any address changes below:

Address: _____
City, State, Zip_____
Home Phone #: _____
Business Phone #: _____

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW | |
|---|---|
| CARD NUMBER | EXP. DATE |
| ☐ VISA | |
| SIGNATURE | |
| ☐ MasterCard  AMOUNT | CVV/CID (3-Digit Verification Code on Back of Card) |

**Tate & Kirlin Associates**
2810 Southampton Road
Philadelphia, PA  19154-1207



EXHIBIT **A**

039
TNK.wfd
625182 • 00002136